914 F.2d 245
 Wagman (Robert)
v.
Federal Bureau of Prisons, Director of Federal Bureau of
Prisons, Clark (Jeffrey J.), Eister (Dr. Ronald), Valentine
(Kevin), Gregg (Jack), Fitzpatrick (Mike), Edwards (Dan),
Orsankowski (Stan), Schell (William), Whalen (Patrick),
Faulk (Dennis), Slodysko (Thomas), Fetzer (Michael), Ranck
(Dawn), Billisits (Cynthia), Grzegorek (Z.S.), Baker (Ed),
Cordero (Manuel), Angle (Chris)
 NOS. 89-5974, 90-5164, 90-5224
 United States Court of Appeals,
Third Circuit.
 AUG 07, 1990
 
 1
 Appeal From: M.D.Pa.
 
 
 2
 AFFIRMED.